*Boyce, Hearn and Causey,* for the plaintiff.

*Fisher,* for the defendant.

———•———

WESLEY E. PARSONS *vs.* PHILADELPHIA, WILMINGTON AND BALTIMORE RAILROAD COMPANY.

New Castle County, February Term, 1894.

**Practice. Jury.**—Where a special jury is asked for and a list of names submitted by the prothonotary, and, the case being continued at the next trial, a special jury is again asked, the prothonotary is not confined to the old list.

This case was upon the trial list for the November term, 1893, and when it was called a special jury was asked and the prothonotary submitted a list of names. Later in the term, the case was continued until the February term following. At the latter term a *venire* was asked for, by the defendant. The question was raised, whether the prothonotary was confined to the old list, and the Court ruled that he was not.

*Higgins,* for the plaintiff.

*Gray and Ward,* for the defendant.